No. 589. REICHERT TOWING LINE, INC., *v.* JACOB RICE. October 28, 1918.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

*Mr. Francis Martin* for petitioner. *Mr. Pierre M. Brown, Mr. Samuel Park* and *Mr. Henry E. Mattison* for respondent.